UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM HENRY GARNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1076 |
| | ) | |
| JOHN CAULFIELD, | ) | **FILED** |
| | ) | JUL - 1 2008 |
| Respondent. | ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 30th day of June 2008,

ORDERED that respondent, by counsel, shall, within 60 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent and the United States Attorney for the District of Columbia.

_____
United States District Judge

Case 1:08-cv-01076-EGS   Document 3   Filed 07/01/2008   Page 2 of 2