

Case 1:08-cv-01076-EGS    Document 4    Filed 07/01/2008    Page 2 of 4



DCD_ECFNotice@dcd.uscourts.gov
06/24/2008 09:21 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:08-cv-01076-EGS GARNER v. CAULFIELD Order on Motion for Leave to Proceed in forma pauperis

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/24/2008 at 9:21 AM and filed on 6/23/2008
**Case Name:**            GARNER v. CAULFIELD
**Case Number:**          1:08-cv-1076
**Filer:**
**Document Number:**      No document attached

**Docket Text:**
**FIAT ORDER granting [2] Motion for Leave to Proceed in forma pauperis. Signed by Judge Ricardo M. Urbina on 06/19/08. (jf, )**


1:08-cv-1076 Notice has been electronically mailed to:

1:08-cv-1076 Notice will be delivered by other means to::

WILLIAM HENRY GARNER
DC 182-433
DC JAIL
1901 D Street, SE
Washington, DC 20003

Case 1:08-cv-01076-EGS    Document 4    Filed 07/01/2008    Page 4 of 4