CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

☐ Forwarding Order Expired   ☐ No Such Street
☐ Insufficient Address        ☐ No Such Number
☐ Moved, Left No Address      Route No. ____
☐ Unclaimed  ☐ No Address     Carr. Initials ____
☐ Attempted, Not Known  ☐ Refused   Date ____

WILLIAM HENRY GARNER
DC 182-433
DC JAIL
1901 E Street, SE
Washington, DC 20003

NIXIE       207    DE 1         00    07/13/08

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 20001205699        *2231-19576-01-37*

JUL 14 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNITED STATES POSTAGE
02 1A
0004634648
MAILED FROM ZIPCODE 20001
$00.42°
JUN 30 2008
PITNEY BOWES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HENRY GARNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 08-1076 |
| v. ) | |
| ) | **FILED** |
| JOHN CAULFIELD, ) | JUL - 1 2008 |
| ) | |
| Respondent. ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 30th day of June 2008,

ORDERED that respondent, by counsel, shall, within 60 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent and the United States Attorney for the District of Columbia.

/s/ Emmet G. Sullivan
United States District Judge