*Leave to file 6-16-08 is granted.*

*[signature] 8/23/08*

08-1076 EGS

RE: CLERK OF THE COURT

ON JUNE 3, 2008 I WILLIAM HENRY GARNER MAILED A PETITION FOR A WRIT OF HABEAS CORPUS IN THE MATTER OF WILLIAM HENRY GARNER V. JOHN CAULFIELD. HOWEVER, ON JUNE 4, 2008 I WAS TRANSFERED FROM THE CORRECTIONAL TREATMENT FACILITY IN THE DISTRICT OF COLUMBIA TO THE RIVERS CORRECTIONAL INSTITUTION IN WINTON, N.C. I AM WRITING THE CLERK OF THE COURT CONCERNING THIS TRANSFER. ON THE DAY OF ARRIVAL AT RIVERS CORRECTIONAL INSTITUTION ME A 6 (SIX) OTHER INMATES WERE PLACED IN THE SEGREGATION UNIT UNDER THE ADMINSTRATIVE DETENTION REGULATION FOR LACK OF BED SPACE. I COULD NOT CALL, NOR DID I HAVE ANY MAILING STAMPS TO INFORM THE COURT MUCH SOONER. THEREFORE, I HOPE MY PETITION PROCEED ACCORDINGLY OR IF I NEED TO SUBMIT ANOTHER ONE.

THANK YOU

Wm. H. Garner   # 01727-000
DCDC# 182-433